**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**STERLING BOLDEN**
**ADC # 116552**
**PCRFD # 6026-09*1**                                                                                             **PLAINTIFF**

v.                                    4:09-cv-00720-BSM-JJV

**CARL JOHNSON, Dr., Pulaski County Regional**
**Detention Facility; and CHARLES "DOC"**
**HOLIDAY, Pulaski County Regional**
**Detention Facility**                                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 13th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE